UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONNIE JONES (#117519)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

19-786-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated February 9, 2023, to which an *Objection*[2] was filed and duly considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the petitioner's application for habeas corpus relief is denied, and this proceeding is dismissed. In the event the petitioner pursues an appeal in this case, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana, on this 21ST day of March, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 18.